UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY (as Subrogee of Cathy L. Horowitch), (52-10q8-43L),<br><br>Plaintiff,<br><br>-against-<br><br>WALMART, INC. d/b/a WALMART,<br><br>Defendant. | STIPULATION OF DISCONTINUANCE<br><br><br><br>Civil Action # 3:21-CV-01341 (TJM-TWD) |

---

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is, discontinued with prejudice and on the merits without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

DATED: August 30, 2022               DATED: September 28, 2022

_____       _____
THOMAS P. GIVAS, ESQ. (#301160)       MICHAEL P. CAVANAGH, ESQ. (#507534)
PAPPAS, COX, KIMPEL, DODD             O'CONNOR, O'CONNOR, BRESEE &
  & LEVINE, P.C.                        FIRST, P.C.
*Attorneys for Plaintiff*             *Attorneys for Defendant*
614 James Street, Suite 100           20 Corporate Woods Boulevard
Syracuse, New York 13203              Albany, New York 12211


SO ORDERED:  10/18/22

_____
Hon. Thomas J. McAvoy
Senior U.S. District Judge